UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA SLATER,<br><br>                                   Plaintiff,<br><br>             -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; CARIN ELLIS, PRINCIPAL, PS212Q,<br><br>                                   Defendants. | 21-CV-6143 (LJL)<br><br>ORDER OF SERVICE |

LEWIS LIMAN, United States District Judge:

   Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

   The Clerk of Court is directed to issue summonses as to Defendants New York City Department of Education and Carin Ellis. Plaintiff is directed to serve a summons and the complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

   The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   7/30/2021
         New York, New York

                                                      _____
                                                      LEWIS LIMAN
                                                      United States District Judge