```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MELISSA A. SLATER,                                                 :
                                                                   :
                        Plaintiff,                                 :
                                                                   :       21-cv-6143 (LJL)
        -v-                                                        :
                                                                   :          ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                             :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021

LEWIS J. LIMAN, United States District Judge:

      The Court has before it a motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). Dkt. No. 16. It is hereby ORDERED that Plaintiff shall file any papers in opposition to Defendant's motion no later than January 17, 2022 and Defendant shall file any reply papers by February 7, 2022. Discovery is stayed until further order of this Court.

      The Court previously referred this *pro se* case for mediation to the Court's Mediation Program and ordered the Clerk of Court to attempt to locate *pro bono* counsel to represent Plaintiff at the mediation. Dkt. No. 3. The parties have expressed continued interest in participating in the Court's Mediation Program. The Clerk of Court is respectfully directed to continue to attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of mediation.

      The Clerk of Court is further respectfully directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: November 29, 2021
      New York, New York

                                                                LEWIS J. LIMAN
                                                        United States District Judge